No. 25,708.

The Enns Milling Company, *Appellee,* v. The United Water, Gas and Electric Company, *Appellant.*

Appeal from Reno district court; William G. Fairchild, judge. Opinion filed July 11, 1925. Reversed.

*A. C. Malloy, R. C. Davis* and *Warren H. White,* all of Hutchinson, for the appellant; *J. H. Agee,* of Abilene, *H. L. McCune, R. B. Caldwell* and *Blatchford Downing,* all of Kansas City, Mo., of counsel.

*J. R. Beeching, Wm. H. Burnett, Charles Hall,* all of Hutchinson, *John S. Dean* and *Harry W. Colmery,* both of Topeka, for the appellee.

The opinion of the court was delivered by

Mason, J.: The facts of this case are similar to those of the Consolidated Flour Mills Company against this defendant and against the Kansas Gas and Electric Company (*ante,* pp. 46, 47), with which it was tried. The district court held the order of the utilities commission, which was like that in the latter case, to be invalid, and inasmuch as a part of the payments at the increased rate had been made within three years, so that the statute of limitations had not barred their recovery, a judgment in favor of the plaintiff was rendered for their amount, from which the defendant appeals. Upon the authority of the decisions in the other cases, a reversal is ordered with direction to render judgment for the defendant.